Christopher S. Reeder (SBN: 193041)
H. Mark Madnick (SBN: 228126)
**REEDER LU, LLP**
2121 Avenue of the Stars, Suite 950
Los Angeles, California 90067
Telephone: (310) 270-9300
Facsimile: (310) 270-9301

Michael V. Infuso, Esq., Nevada Bar No. 7388
Zachary P. Takos, Esq., Nevada Bar No. 11293
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
          ztakos@greeneinfusolaw.com

Attorneys for Plaintiff Mike-SAB, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIKE-SAB, LLC, a Nevada Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION dba SILVER STATE BANK, formerly a Nevada banking company; SILVER STATE BANK; and DOES I through V, inclusive,<br><br>Defendants. | Case No.: 2:08-cv-1762-RLH-LRL<br><br>**STIPULATION AND ORDER DISMISSING CASE** |

Plaintiff Mike-SAB, LLC ("Mike-SAB") and Defendant Federal Deposit Insurance Corporation ("the FDIC"), by and through their undersigned counsel, hereby stipulate and agree to the following:

WHEREAS, counsel for Mike-SAB and the FDIC have been engaged in ongoing settlement negotiations;

1

1  WHEREAS, counsel for Mike-SAB has been engaged in re-negotiating the terms of Mike-SAB's loan with the party to whom the loan was assigned;

WHEREAS, Mike-SAB has successfully re-negotiated the terms of its loan by entering into a Forbearance Agreement;

WHEREAS, the terms of the Forbearance Agreement include a Release of the FDIC and a Covenant not to Sue the FDIC;

WHEREAS, the parties agree that the instant action should be dismissed, with each party bearing its own fees and costs;

WHEREAS, there are no other deadlines that are affected by this stipulation and proposed order that are presently known to the parties; and

WHEREAS, this stipulation is not entered into for any improper purpose or to delay.

THEREFORE, the parties stipulate and request an order dismissing this action in its entirety with prejudice, with each party bearing its own fees and costs.

DATED this ___29___ day of March, 2011

**REEDER LU, LLP**

By _____
H. Mark Madnick, Esq.
2121 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
*Attorney for Plaintiff*

DATED this ___29___ day of March, 2011        DATED this ___29th___ day of March, 2011

**GREENE INFUSO, LLP.**                        **MCDONALD CARANO WILSON, LLP**

By _____                   By _____
Michael V. Infuso, Esq.                        George F. Ogilvie III, Esq.
Zachary P. Takos, Esq.                         Aaron D. Shipley, Esq.
3030 South Jones Boulevard, Suite 101          2300 W. Sahara Avenue, Suite 1000
Las Vegas, Nevada 89146                        Las Vegas, Nevada 89102
*Attorney for Plaintiff*                       *Attorneys for Defendant FDIC*

**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

2

## ORDER

Based upon the foregoing Stipulation by and between the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice. Each party shall bear its own fees and costs.

_____
United States District Judge
Dated: March 30, 2011
Case No. 2:08-cv-1762-RLH-LRL

GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

3